AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>HUSSEIN KADHIM ABOOD KHALAF<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.   4:22 MJ 3010 NCC<br>)<br>)<br>)<br>)   SIGNED AND SUBMITTED TO THE COURT FOR<br>)   FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2020 to the present__ in the county of __St. Louis City and County__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:875(b),(c) and (d) | Threatening communications in interstate commerce |
| 18:2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

I state under the penalty of perjury the foregoing is true and correct

_____
*Complainant's signature*
SA Daniel Reisig, FBI
_____
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: __01/24/2022__

_____
*Judge's signature*

City and state: __St. Louis, Missouri__        Honorable Noelle C. Collins, U.S. Magistrate Judge
_____
*Printed name and title*